UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Jose MENDOZA PEREZ,<br><br>                              Petitioner,<br><br>v.<br><br>Christopher LaROSE, et al.,<br><br>                             Respondents. | Case No.: 25-cv-3845-AGS-MMP<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1)** |

    Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED**.

    All pending deadlines and hearings before this Court are vacated. Respondents must provide petitioner with a bond hearing before an immigration judge by **January 22, 2026**.

Dated: January 8, 2026

                                                   _____

                                                   Hon. Andrew G. Schopler<br>                                                   United States District Judge